# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LENNOX PHILLIPS,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:15-cr-0043 |

## ORDER

**THIS MATTER** is before the court on the United States' (the "Government") Motion for Disbursement of Funds, ECF No. 79.

On December 8, 2015, Defendant Lennox Phillips ("Phillips") pled guilty to Count One of the Information, charging transportation of a minor female for the purpose of engaging in sexual activity, in violation of 18 U.S.C. § 2423(a). The Court sentenced Phillips to 130 months incarceration to be followed by ten (10) years of supervised release, a $100 special assessment, a $15,000 fine, and restitution in the amount of $671,000, joint and several, along with a defendant in a separate case. (ECF No. 54.)

On February 23, 2022, the Court issued a Writ of Execution for Phillips' Taxicab Medallion #579 to be attached and sold, and for the proceeds to be paid to the Clerk of Court. (ECF No. 74.) At the public auction held on April 21, 2022, the medallion was sold for $26,000, with the proceeds deposited in the registry of the Clerk of Court. On June 6, 2022, the Government filed the Motion for Disbursement of Funds, requesting that the Court direct the Clerk of Court to disburse funds held in the Court's registry from the proceeds of the sale of the taxicab medallion, to apply to the balance owed by Phillips. (ECF Nos. 79, 80.)

Upon careful consideration of the motion and the Court being fully satisfied in the premises, it is hereby

**ORDERED** that Clerk of Court shall disburse the amount of $26,000 from the proceeds of the sale of Defendant Phillips' Taxicab medallion, plus accrued interest if any, from its registry**;** and it is further

**ORDERED** that the Clerk of Court shall apply these funds toward Defendant Phillips' balance owed.

**Date:** June 6, 2022             /s/ *Robert A. Molloy*
                                                            **ROBERT A. MOLLOY**
                                                            **Chief Judge**